IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

KATE DRAKEWYCK

Plaintiff,

v.

ROCKY MOUNTAIN PREP,

Defendant.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Rocky Mountain Prep, by and through its counsel, Gordon Rees Scully Mansukhani, LLP, and pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully files this Notice of Removal of the above-captioned action from the District Court for the County of Arapahoe, Colorado to the United States District Court for the District of Colorado. In support of this Notice of Removal, Defendants state as follows:

### I.   INTRODUCTION

1.   On September 15, 2022, Plaintiff Kate Drakewyck filed the present lawsuit against Defendant in the District Court for Arapahoe County, Colorado, captioned *Kate Drakewick v. Rocky Mountain Prep*, Case Number 2022CV000198 (the **"State Court Case"**).

2.   On October 17, 2022, Defendant received copies of the Complaint, District Court Civil (CV) Case Cover Sheet (*See* **Exhibit A**), and Summons (*See* **Exhibit D**).

3.   In the Complaint, Plaintiff alleges two causes of action arising under federal law, making the case removable to federal court. Specifically, Plaintiff appears to assert claims of discrimination due to bias and retaliation. Though not stated, the discrimination and retaliation

claims appear to arise under Title VII of the Civil Rights Act of 1964 ("Title VII"), as Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") (Charge No. 541-2022-02700) (the "Charge") asserting Title VII claims and has received a right to sue letter regarding the same. Therefore, this action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b)(1) because it is an action over which the District Courts of the United States have original federal jurisdiction under 28 U.S.C. § 1331.

4. Defendant files this Notice of Removal within thirty days of the date in which it received notice that Plaintiff submitted her case. Accordingly, this notice of Removal is timely. See 28 U.S.C. § 1446(b)(1). Defendant consents to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).

## II. GROUNDS FOR REMOVAL

5. The present action is removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 in that it is an action over which the district courts of the United States have original federal question jurisdiction under 28 U.S.C. § 1331. Specifically, Plaintiff has alleged claims under Title VII which is a law of the United States over which the United States district courts have original jurisdiction. *See* 28 U.S.C. § 1331.

6. The right to remove a case to federal court is determined from allegations set forth in the initial pleading that federal jurisdiction is available. *Akin v. Ashland Chem. Co.*, 156 F.3d 1030, 1036 (10th Cir. 1998). A claim arises under federal law when the plaintiff's statement of her own causes of action show that her causes of action are based upon federal law or the United States Constitution. *See Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003); see also 28 U.S.C. § 1331. In her Complaint, Plaintiff asserts claims of discrimination due to bias and retaliation, appearing to arise under Title VII of the Civil Rights Act of 1964. 42 U.S.C. § 2000(e) *et seq*. ("Title VII"), relating to her employment, and the termination thereof, with Defendant. Plaintiff

previously filed a Charge of Discrimination with the Equal Employment Opportunity Commission, Charge No. 541-2022-02700, claiming that Defendant has "discriminated against me, based on retaliation", and engaging in protected activities in violation of Title VII of the Civil Rights Act of 1964. (*See* **Exhibit I**).

7. Title VII provides protection to employees against discrimination in employment on the basis of race, color, religion, sex or national origin. 42 U.S.C. § 2000e-2(a)(1). "Title VII's anti-retaliation provision prohibits an employer from 'discriminati[ing]' against an employee because that employee has 'opposed' discrimination in the workplace, or because that employee has 'participated … in an investigation, proceeding, or hearing under this subchapter.'" A*quilino v. University of Kan.*, 268 F. 3d 930, 932 (10th Cir. 2001) (citing 42 U.S.C. § 2000e 3(a)).

8. Plaintiff's Title VII claims arise under the Constitution and laws of the United States for purposes of 28 U.S.C. § 1331, and accordingly this Court may properly exercise jurisdiction over this lawsuit.

### III.   COMPLIANCE WITH REMOVAL STATUTE AND RULES

9. This Notice is properly filed in the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1446(a), because the District Court for the City and County of Arapahoe, Colorado is located in this federal judicial district and division. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and otherwise complies with 28 U.S.C. § 1446.

10. This Notice is being filed within thirty (30) days of service of the summons on Defendant on October 7, 2022. (*See* **Exhibit E**). Accordingly, this Notice is timely pursuant to 28 U.S.C. § 1446(b).

11. Promptly upon filing this Notice, Defendant will give written notice of the filing to Plaintiff, and a copy of this Notice will be filed in the appropriate state court, as required by 28

U.S.C. § 1446(d). Defendant's filing of this Notice with the District Court for the City and County of Arapahoe, Colorado will effect the removal of the civil action pursuant to 28 U.S.C. § 1446(d).

12. Pursuant to 28 U.S.C. § 1446(a), attached hereto are an index and copies of all process, pleadings, and orders served in this case, including:

a. A copy of the District Court Civil Case Cover Sheet in the State Court Case attached and incorporated as **Exhibit A**.

b. A copy of the Delay Reduction Order issued in the State Court Case is attached and incorporated as **Exhibit B.**

c. A copy of the Complaint and Jury Demand filed by Plaintiff on September 15, 2022 is attached and incorporated as **Exhibit C**.

d. A copy of the Summons issued on September 15, 2022 is attached and incorporated as **Exhibit D**.

e. A copy of the Return of Service of Summons is attached and incorporated as **Exhibit E**.

f. A copy of Defendant's Motion to Dismiss filed by Defendant on October 28, 2022 is attached and incorporated as **Exhibit F.**

g. A copy of Plaintiff's Motion to Dismiss Defendants Motion to Dismiss filed by Plaintiff on November 1, 2022 is attached and incorporated as **Exhibit G.**

A copy of the docket in the State Court Case is attached hereto as **Exhibit H** as required by 28 U.S.C. § 1446(a).

13. The Defendant served in this action consents to this removal. *See* 28 U.S.C. § 1446(b). By filing this Notice, Defendant does not waive any objections it may have to service, jurisdiction, or venue, or any other defenses or objections it may have to this action. Defendant

intends no admission of fact, law, or liability by this Notice of Removal, and it expressly reserves all defenses, motions, and or pleas available to it.

14. A separately signed Corporate Disclosure Statement is also being filed, as required by Rule 7.1 of the Federal Rules of Civil Procedure.

15. Undersigned counsel hereby certifies that Defendant has complied with all requirements of D.C.COLO.LCivR 81.1. No hearings have been set in this matter in the District Court for the City and County of Arapahoe, Colorado, and this Notice of Removal contains copies of all state court papers filed in the District Court for the City and County of Arapahoe, Colorado, Case No. 2022CV000198.

## V.    CONCLUSION

WHEREFORE, Defendant Rocky Mountain Prep respectfully requests that the Court accept this Notice of Removal, assume jurisdiction over this matter, and issue such further orders and process as may be necessary to bring before it all parties for trial.

Respectfully submitted this 4th day of November, 2022.

                                           **GORDON REES**
                                           **SCULLY MANSUKHANI, LLP**

                                           */s/ Anna M. Reinert*
                                           Anna M. Reinert
                                           Andres M. Hermosillo
                                           555 Seventeenth Street, Suite 3400
                                           Denver, CO 80202
                                           Telephone: 303.534.5160
                                           Email: areinert@grsm.com
                                           *Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system and mailed to Pro Se Plaintiff, this 4th day of November, 2022:

Kate Drakewyck
P. O. Box 140114
Lakewood, CO 80214

*Pro Se Plaintiff*

Clerk of the Civil Division     [*copy filed via Colorado Courts E-Filing System*]
Denver County District Court
1437 Bannock Street, Room 256
Denver, Colorado 80202

                                          */s/Lisa Riggenbach*
                                          For Gordon Rees Scully Mansukhani, LLP