**EXHIBIT C**

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court _Arapahoe_ County, Colorado<br>Court Address:<br><br>Plaintiff(s): _Kate Drakewyck_<br>v.<br>Defendant(s): _Rocky Mountain Prep_ | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>_PO Box 14014_<br>_Lakewood, Co 80214_<br>Phone Number: _720-232-7287_ E-mail:<br>FAX Number: _____ Atty. Reg. #: | Case Number:<br><br>_22CV198_ |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,**
**COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**
**AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☐ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

   **Or**

**EXHIBIT C**

☐   Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.   ☑ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**Date:** _a/9/22_                                    _____
                                                        **Signature of Party**


**Date:** _____                        _____
                                                        **Signature of Attorney for Party (if any)_____**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

JDF 601SC   R3-22   DISTRICT COURT CIVIL (CV) CASE COVER SHEET          Page 2 of 2

**EXHIBIT C**

| District Court, Arapahoe County, Colorado<br>Court Address: | |
|---|---|
| | DATE FILED: September 15, 2022 |
| Plaintiff  Kate Drakuwyoc<br><br>v.<br><br>Defendant  Rocky Mountain Prep | ▲  COURT USE ONLY  ▲ |
| | Case Number: |
| | Division:          Courtroom: |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE NAMED DEFENDANT:**   Rocky Mountain Prep

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint.  If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you.  If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you.  Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: _____ 9/15/22

_____
Clerk of Court/Clerk

_____
Signature of Plaintiff

PO Box 140114
_____
Address of Plaintiff

Lakewood, CO 80214
_____

720-232-787
_____
Plaintiff's Phone Number

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

**WARNING:**  A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal.  The plaintiff has 14 days from the date this summons was served on you to file the case with the court.  You are responsible for contacting the court to find out whether the case has been filed and obtain the case number.  If the plaintiff files the case within this time, then you must respond as explained in this summons.  If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS

**EXHIBIT C**

County Court _Arapahoe_ County, Colorado
Court Address:

Plaintiff(s): _Kate Drakewyck_
v.
Defendant(s): _Rocky Mountain Prep_

▲ **COURT USE ONLY** ▲

Attorney or Party Without Attorney (Name and Address):
_PO Box 140114_
_Lakewood, co 80214_
Phone Number: _720-232-_ E-mail:
FAX Number: _7287_ Atty. Reg. #:

Case Number:
_22 CV 198_

Division        Courtroom

**COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. ____Rocky Mountain Prep_ (RMP)_____, defendant(s), is (are) business(s) of __Arapahoe__County, with a post office address of street:_10455 E 25th Ave__, City _Aurora__, State of ____Colorado_____.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from __Rocky Mountain Prep____, defendant(s), is/are__ one hundred sixty one thousand one hundred ninty _____ dollars and ____zero___ cents ($__161,190.00_____), together with proper interest, costs and any other items allocable by statute or specific agreement.

   $156,000 (equivalent of what I would be making next year) one year salary for destroying, possibly permanently, my one close friendship, one year for withholding my last paycheck, requiring me to file a lawsuit to get the money, possibly causing me to be evicted because I couldn't pay rent, and one year due to the nasty, huge way they felt the need to do this termination

   $2,000 for loss of income for summer school.   $1,000 for loss of bonus (if re employed, would have been distributed as planned)

   $672 for the loss of income that I would have been paid for the last three days of school.

   $1,344 the remaining sick and PTO I had left, which I didn't have time to use due to my termination.

   Removal of the termination from my record

   $79.95, July late rent fee charged because I wasn't paid on time

      $79.95, August late rent fee charged because I wasn't paid on time

   $15.00 August over due charge because I wasn't paid on time.

4. Such claim arises from the following event(s) or transaction(s):

   wrongful termination at Fletcher campus located at above address and theft: I was employed at RMP from 8/16/2021-6/7/2022.  The claim was that I didn't advise them on being terminated from DPS.  That's a lie, I have and continue to do list that on every application I submit.  They state that I listed needing days, which was the reason I was looking for a job when I was dismissed, but listed it under, "have I ever been dismissed" Yes and said it was a misunderstanding with a coworker.  I was also upfront with the principal, then an assistant principal about all of my legal matters, one of which is DPS and the termination, both via email and in person, because I knew that I would be needing days, sometimes without much notice, and I wanted

   I do claim that this is discrimination due to bias and retaliation by the principal of RMP-Fletcher, plus libel/slander, Juli Garcia Vicente, she has treated me different in multiple instances and behaviors after termination.  In 2/2022, I was called into the office and advised I would not be receiving an offer letter for the next year, they were phasing out one of the intervention roles. She made it sound like I would have references and be able to apply for open roles.  I started right away, looking for the 2022-2023 school year,

**EXHIBIT C**

but also submitting applications for any openings, including the end of the 2021-2022 school year. I was called into the office within a couple weeks of the first meeting and advised that she had told those responsible for hiring for all RMP schools that she was not recommending for employment, essentially black listing me from even getting an interview. I spoke to Juli's supervisor briefly and a meeting was set up with her on, April 7, 2022. What came of that was Juli couldn't really speak of my performance as a teacher, only that I showed up to work/duty on time, but also that she could say what she wanted if people reached out in regards to a job. So I reached out to the CEO. On April 12, 2022, I spoke to the CEO of RMP and explained the situation that occurred and after that conversation was able to set up interviews, though we discussed not staying at Fletcher due to the treatment that had already taken place. When I found out that a second art teacher role was opening up at Fletcher, that was different, the first art teacher has become a friend at work and outside of work, so having a chance to work with her more closely and also receive coaching (she is amazing in the classroom) was important enough to try. I emailed and an interview/sample teach was set up. I completed that and did a follow up email to restate why I would be a good candidate. I know the art teacher wanted me hired over anyone that had come in or they interviewed after. I knew the students and had great relationships with them and the staff.

There are multiple reasons why I say discrimination and retaliation. When the decision was made, a third intervention teacher had just been moved into the role, less experience. Other teachers were given full encouragement to apply for other roles and many were offered those for the 2022-2023 year. Juli didn't like that I stood up to her previously and I doubt that she liked that I fought for the art role. About a week after, notices for the end of year conversation came up that she wanted to participate and included an invite to HR, which no one else had. When others weren't even getting one, mine kept getting pushed and pushed. When the termination came, it was clear that they had been looking for something and since it wasn't an honest reason, they made one up. There is no doubt in my mind that I was a great candidate and she had no desire to hire me. There is also the fact that we were three days from the end of the school year and terminating me also impacted summer school starting the next week. She specifically listed that I was to have no contact with employees, unless they contacted me first (though when that actually happened Tracy Reyonlds felt it acceptable to email and call me to make threats about calling the police; the police said individuals could make harassment claims, none had and a school could issue a school wide dictate and file that kind of report) which impacts references and my ability to find a job, the art teacher is a friend and the person who has an extra key to my home in case of an emergency, putting me and my animals in extra danger due to a stalker. While not on the same level, others became friends as well and community is what helps make a strong teacher, she cut me off from that. How/when she terminated me, the level of abuse she has been willing to dish out makes in clear that she wasn't acting in an unbiased way, she was angry and this was a way to get me back for standing up to her by putting me in my place. The email that was sent to staff also show the level that she was willing to go, it makes it sound like I could have only done something extreme and could seriously impact not only friendships, but references and my ability to get a job going forward. That is also treating me differently, as no email like that has been sent out about others while I was working there, It's singling me out.

After the termination, I tired emailing and texting the CEO as before with no response and also included to other Administrators in emails, also no response. Principals should have a say in how their school is run, but it isn't a free and clear to do whatever they want, wrongful termination and retaliation aren't legal in Colorado. With the videos I can provide, I show that Juli has, more than once, that termination wasn't the first time she tried to blacklist me from getting another job at RMP and made it hard to get one elsewhere. This is a pattern, showed also by her determination to try and cut off communication with other staff because then they would know how she was willing to lie to get back someone who stood up to her, if she had been honest, she wouldn't have needed to try and cover it up. That she was willing to impact friendships to the degree she is willing to, shows she is petty, vengeful, unprofessional, and dishonest.

On June 24, 2022, I logged in to see that the paycheck being issued was only about $900, when I should have been receiving about $7,500 (before taxes. I figured out what the error was. At RMP, staff is salaried, the pay being divided between 12 months, the summer months paying on hours already worked through the year. When I was fired, three days should have been subtracted to what remained for me to get paid for, hours that I had already worked throughout the year, and the remaining PTO that I earned be added in. Instead, they listed me as hourly pay and only entered the week I worked in June, shorting me about $6,500 of money that I earned through the year. I reached out to HR and the CEO, I even sat down and figured it out exactly. They still didn't respond, which indicates to me this is further retaliation for standing up to their illegal behavior. This meant that I couldn't pay rent and bills went into overdraft on my account. When I found out they would be back on 7/5/22, I emailed/texted/called the week before and each day of that first week. I tried

**EXHIBIT C**

using a separate email, believing that they went so far as to block me to avoid dealing with their wrong doing. I will be adding those to damages. I sent out a Demand for Payment of Wages through the Colorado Department of Labor and Employment and filed a complaint for the business ignoring it on 7/12/2022 for violation of law CRS 8-4-109. A separate lawsuit will be filed for the unpaid wages owed.

On June 27th, Aurora Public Schools forwarded me on to the grievance process, which started with the principal, moved to her supervisor, and then to the CEO. I did that back in April and tried to do it this time, but RMP has refused to allow me to complete the grievance process. Yet another piece of evidence that they know their wrong and won't address it. I do not consider Aurora Public Schools contacting Juli, who lied to terminate me and sorted my pay to be part of the grievance, nor Juli referring it to Tracy, as I have tried to reach out and was threatened already. Also, due to the fact that this has already been escalated in April to the CEO, reaching out to other HR reps and the CEO would be correct and they are still refusing contact. No one actually responded after, yet another matter of discrimination.

On July 6, 2022, I received an email from a lawyer about reaching out, I had only reached out to coworkers once, telling what happened and asking for help. I imagine it was primarily because I was reaching out to try and get paid was owed, both by email and text. In response to the letter from the lawyer, I stated that communication, per the police and a consult, that communicating as a previous employee reaching out about a valid work related issue was not harassment, but them trying to commit theft. I added asking them to be charged with theft, which after this communication is clearly willful. They communicated back and forth a couple of times and tried to offer a bribe, stop trying to tell the world about their behavior for the money I was asking for, not as salary, but as a payoff. I said no, it was one more confirmation that their behavior needed to be out in the open. I offered them a completely reasonable solution to make this whole situation right, which would have voided the discrimination case and feedback I had left, providing them a benefit and reduction of cost as well, but they refused: If they reached out within enough time and we could sign an agreement/contract for the art role, termination removed, and being able to come back into a safe/supported working environment, with my start day on July 25, 2022, with the rest of the staff, with a guarantee that if the role remains open in following years, that I will be given a continuing offer or, if they take away the second role, that I be allowed to apply for others without discrimination, plus agree that I receive lost wages from the end of the year, money they cost me in rent fees for not paying what was owed on time, summer school, and still qualify for the bonus, and fully pay my last paycheck.

Their slander of me, in saying that I was continuing to harass employees, continued through the summer. In regards to pay and legal matters, I worked with their lawyer, expect for the time he wouldn't respond and verify that he was continuing as their representative and will be serving this document to their main office, as there hasn't been communication that he will be acting as a representative for this. Beyond that, I had four people I was using as a reference. I was told by Juli to use Rachel Reid as my supervisor reference, one person volunteered and the two others stated that I could use them when I asked. At no point after my termination did those three ask me to stop using them as a reference. The person whose friendship they impacted, on July 15th, said that at that time she didn't want to remain friends, we both had things we needed to work on, that she wasn't sure about being friends after some time/space, but I could follow up after I had given her that. I didn't communicate with her or ask anyone else to, moving forward. One person has been reaching out to me as much as I've reached out to her and has been a great friend over the summer. I'm respecting everyone's communication boundaries, I'm not harassing anyone. RMP is angry that they tried to order that I be isolated and cut off the day I was fired, tried calling the police and were told they couldn't demand an overarching dictate for me to not communicate with staff, and so now are trying to gaslight me. I have not mentioned names because of fear of retaliation for continuing to speak with me, to them.

As the case moves forward, I will be subpoenaing current and previous employee records to bring them in to talk about Juli's management, as well as her direct treatment of me and that impact and emails to their attorney showing that in addition to slander, they are also committing libel in regard to employee harassment, and the email Juli sent out to employees prior to August 12, 2022. I will also be providing a therapist letter addressing what being wrongfully terminated, cut off from references and connections, and impact on friendship has caused me in emotional distress. I will provide a recording of the April 7,2022 meeting where Juli's supervisor was involved, addressing her behavior, the April 12, 2022 meeting with the CEO over the same issue and asking for equal/equitable treatment, and of the 6/7/2022 termination.

Evidence provided: The termination letter, the emails and text I sent to the CEO and other HR members the night of the termination, the letter sent to staff after I left, the breakdown of the pay still owed to me, the letter that shows the bonus I lost because I was terminated and prevented from the other role, the grievance

**EXHIBIT C**

process email and handbook entry, the letter where I tried to reach out about pay, the email chain where they tried to bribe me, the letter showing the fine from xcel. I've also provided two other applications to school districts, done while I was still employed at RMP, all that say that I was fired from a previous job. Boulder was a series of drop down menus and wouldn't print continuously, but I screen shorted the important areas and can provide the full if requested. I'm clearly letting other employers know and while I've been told I should be vague, I've always been happy to fill in details.

In full disclosure, I have now left feedback of what they've done, though have not yet updated about withholding most of my final pay, also proving retaliation, on any school or general feedback sites, social media and after they with held pay and continued to ignore reason requests for negotiation, emailed/texted coworkers with everything they've been doing and created a website, FB, and IG page providing that information as well, which led to providing information to families they treated poorly and staff members who were also shorted pay. They broke our contract, leaving me free to tell everyone. This is a despicable company and remaining quiet is what allows them to treat people this way.

The Defendant(s) ☐ is (are) ☐ is not (are not)  in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

5.  The Plaintiff(s) ☑ does (do) ☐ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note:  All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_____          _____
Signature of Plaintiff(s)                                    Signature of Attorney for Plaintiff(s) (if applicable)

PO Box 140114, Lakewood, CO 80214
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s) 720 - 232 - 7281

**EXHIBIT C**

County Court _Arapahoe_ County, Colorado
Court Address:

Plaintiff(s): Kate Drakewyck

v.

Defendant(s): Rocky Mountain Prep

▲ **COURT USE ONLY** ▲

Attorney or Party Without Attorney (Name and Address):
PO Box 140114
Lakewood, CO 80214

Phone Number:                    E-mail:
FAX Number:                      Atty. Reg. #:

Case Number:

2 2 CV 198

Division          Courtroom

## ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE
### (including counterclaim(s) and/or cross claim(s))

The Defendant(s) _Rocky Mountain Prep_ (name), answer(s) the complaint as
follows:

1. The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and
   owing for the following reasons:

   _____

   _____

   _____

   **OR**

   the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain
   possession for the following reasons:

   _____

   _____

   _____

   **OR**

   the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

   _____

   _____

   _____

2. ☐ (If applicable) the Defendant(s), _____, assert(s) the following
   counterclaim(s) or setoff(s) against the Plaintiff(s)

   _____

   _____

   _____

CRCCP NO. 3 SC   R3/18   ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE                    Page 1 of 2

**EXHIBIT C**

3. ☐(If applicable) the Defendant(s) _____, assert(s) the following cross claim(s) against _____, named Defendant(s) (you are limited to the jurisdiction of the court):

_____

_____

_____

4. If a counterclaim is asserted above, you must check one of the following statements:
☐The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).
☐The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).
☐The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required)

5. The Defendant(s):
☐Request(s) a trial to the court.
☐Request(s) a jury trial. By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Defendants filing this answer must sign unless the answer is signed by an attorney.

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the _____ day of _____, _____, at _____
          (date)        (month)       (year)    (city or other location, and state OR country)

_____    _____
(Printed name of Defendant(s))                        Signature of Defendant(s)

_____
Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): _____

Phone Number(s) of Defendant(s): _____

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this *ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE* was served on _____the other party(s) or attorney(s) by:

☐Hand Delivery ☐E-filed ☐Faxed to this number _____ or ☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

_____

_____

_____

_____
Defendant(s) or Attorney for Defendant(s) Signature

**EXHIBIT C**



6/7/2022

Kate Drakewyck:

Your employment with Rocky Mountain Prep is terminated, effective Tuesday, June 7, 2022. That includes termination of summer school.

Your termination is the result of failure to disclose that you had been fired from a previous job.

On Monday, June 6, 2022 RMP learned that you had been fired from Denver Public Schools.

We want to stress that you should have NO CONTACT with any employee at Fletcher. ALL questions should be directed to  Tracy Reynolds .

You will be paid through Tuesday, June 7, 2022. Your benefits, if you elected to have them, will terminate on 6/30/22. As a result of this termination, you are not eligible for Cobra or unemployment benefits. Your Paylocity account will stay open until April 30th of the following year so you can access your W2 for tax purposes.

This situation is considered resolved and will not be revisited. If you have any logistical questions about off-boarding, your case manager is Tracy Reynolds (treynolds@rockymountainprep.org).

Sincerely,

Julieta García-Vicente
Rocky Mountain Prep Fletcher Principal

treynolds@rmp.org

720 710.6295

Tracy Reynolds
Human Resources

Rocky Mountain Prep 600 N Grant St.
Denver, CO 80203
Suite 700
RockyMountainPrep.org

**EXHIBIT C**

Yahoo Mail - What I wrote out as a text to the CEO on Tuesday night          https://mail.yahoo.com/d/folders/2/messages/APPrtlg6JzRRYqOGC...

What I wrote out as a text to the CEO on Tuesday night

From:  B Drakewyck (bdrakewyck@yahoo.com)

To:     legalservices@aaeteachers.org

Date:  Friday, June 10, 2022 at 11:57 AM MDT

----- Forwarded Message -----
**From:** B Drakewyck <bdrakewyck@yahoo.com>
**To:** Kate Drakewyck <bdrakewyck@yahoo.com>
**Sent:** Tuesday, June 7, 2022 at 04:10:17 PM MDT
**Subject:**

I spoke with you a couple of months ago in regards to the situation with the principal, it has now escalated.  She is biased, possibly discriminatory, and just wrongfully terminated me. I was allowed to interview for roles which is great and when an art role at Fletcher opened up, that was one reason worth fighting to stay, I wrote it out.  I interviewed and waited patiently.  Today I got called in and thought I would hear one way or another, instead she says I'm being terminated because I didn't disclose I was fired from DPS.  That is a bold faced lie, unacceptable.  The fact that my EOY discussion kept getting rescheduled and Tracy was listed before they "found out" yesterday, definitely makes me think they were looking for a reason.  They also listed to have NO CONTACT with any employee at Fletcher, though maybe if they contact me first.  Including my references and the employee that has my house key in case of emergency, she also told me to contact her tonight after the meeting.  I'm sure Juli doesn't want people to know about what she did, but cutting off my resources, is unacceptable.  So Juli needs to be looked at and if I was going to be offered the art position before she went looking for a reason to discharge me, I do ask that I be put in that role, I'm qualified, and the person that the current art teacher Ms Feldman prefers.  Please reach out to her and others such as Angelica, Courtney, Eva, I've been a good staff member. They also cut me from summer school, which I would like to be reinstated to immediately.  I would like to talk with you tonight if possible, this is pretty major or tomorrow morning if not. Kate Drakewyck

6/12/2022, 7:37 AM

**EXHIBIT C**

Yahoo Mail - Fw: We need to talk tonight or tomorrow                    https://mail.yahoo.com/d/folders/2/messages/AC9h9VMpHJgyYqO...

## Fw: We need to talk tonight or tomorrow

From:  B Drakewyck (bdrakewyck@yahoo.com)

To:      legalservices@aaeteachers.org

Date:  Friday, June 10, 2022 at 11:34 AM MDT

----- Forwarded Message -----
**From:** B Drakewyck <bdrakewyck@yahoo.com>
**To:** "tnoyola@rockymountainprep.org" <tnoyola@rockymountainprep.org>
**Sent:** Tuesday, June 7, 2022 at 05:59:08 PM MDT
**Subject:** We need to talk tonight or tomorrow

I spoke with you a couple of months ago in regards to the situation with the principal, it has now escalated.  She is biased, possibly discriminatory, and just wrongfully terminated me, which is definitely retaliatory. I was allowed to interview for roles which is great and when an art role at Fletcher opened up, that was one reason worth fighting to stay, I wrote it out.  I interviewed and waited patiently.  Today I got called in and thought I would hear one way or another, instead she says I'm being terminated because I didn't disclose I was fired from DPS.  That is a bold faced lie, unacceptable.  And trying to say I didn't means I don't get unemployment, just another way to screw me.The fact that my EOY discussion kept getting rescheduled and Tracy was listed before they "found out" yesterday, definitely makes me think they were looking for a reason.  They also listed to have NO CONTACT with any employee at Fletcher, though maybe if they contact me first.  Including my references and the employee that has my house key in case of emergency, she also told me to contact her tonight after the meeting.  I'm sure Juli doesn't want people to know about what she did, but cutting off my resources, is unacceptable.  So Juli needs to be looked at and if I was going to be offered the art position before she went looking for a reason to discharge me, I do ask that I be put in that role, I'm qualified, and the person that the current art teacher Ms Feldman prefers.  Please reach out to her and others such as Angelica, Courtney, Eva, I've been a good staff member. They also cut me from summer school, which I would like to be reinstated to immediately.  I would like to talk with you tonight if possible, this is pretty major or tomorrow morning if not. Kate Drakewyck

I want to be sure that ms Feldman's employment will not be impacted in any way and she be advised as such.  She is my friend and the only person I have in an emergency, has my key.

Kate

Sent from Yahoo Mail for iPhone

**EXHIBIT C**

Yahoo Mail - Fw: References and Contacts                https://mail.yahoo.com/d/folders/2/messages/AKysaMsXYoOCYqOA...

## Fw: References and Contacts

From:  B Drakewyck (bdrakewyck@yahoo.com)

To:      legalservices@aaeteachers.org

Date:   Friday, June 10, 2022 at 11:34 AM MDT

----- Forwarded Message -----
**From:** B Drakewyck <bdrakewyck@yahoo.com>
**To:** tnoyola@rockymountainprep.org <tnoyola@rockymountainprep.org>; msmith@rockymountainprep.org <msmith@rockymountainprep.org>; hmarck@rockymountainprep.org <hmarck@rockymountainprep.org>
**Sent:** Wednesday, June 8, 2022 at 05:51:58 AM MDT
**Subject:** Fw: References and Contacts

I have not been contacting several employees, I tried to reach out to the one who told me to contact her, which Tracy advised me I could do (I have that on recording, I specifically asked), that person requested communication first and her phone was off, so I never spoke to her. The other employee reached out to me and wants to keep in touch. Tracy said Fletcher employees, as did the letter, and the CEO and HR rep are not.  I do have a right to reach out in regard to wrongful termination, which I have done. Threatening me and gaslighting me to cut me off or get away with people finding out what was done shows how wrong this all is. I also spoke to the police, Fletcher can't restrict communication.  If I'm harassing someone, which calling them per their request or speaking to someone is not harassment,  the school can't file a claim on an individual's behalf.

----- Forwarded Message -----
**From:** Tracy Reynolds <treynolds@rockymountainprep.org>
**To:** B Drakewyck <bdrakewyck@yahoo.com>
**Sent:** Wednesday, June 8, 2022 at 05:08:33 AM MDT
**Subject:** Re: References and Contacts

Kate,

When I spoke to you yesterday, I made it VERY clear that you were NOT to communicate with anyone but myself. I've been made aware that you have been contacting several Fletcher employees and our CEO. We will be filing a police report today.

I was willing to help you when I thought you understood my request. I can't do anything now because you've taken your own route.

Best,

 Tracy Reynolds • Human Resources Director
Rocky Mountain Prep Network Support Team
www.rmp.org • 720.710.6295
My pronouns: she/her/hers

On Tue, Jun 7, 2022 at 8:43 PM B Drakewyck <bdrakewyck@yahoo.com> wrote:

1. I wasn't clear on references, I'm still listing them as they gave me permission to do previously or do I need to have you reach out and verify.

2. Rachel is leaving RMP, I think her official last day is Friday.  At that point who would the supervisor be that I would list as a reference or what will I use as her contact information.

6/12/2022, 7:38 AM

**EXHIBIT C**

3. I have a feeling that to enforce no contact that you'll make it an issue of Ms Feldman's job if she communicates with me. She is the only close friend I have and the one who has a key to my place in case of emergency.  I have a stalker who found my place and her having the key was a way to make sure my animals are safe if something happens to me.  By blocking her from that, not only are you taking away a friend, but also putting me in danger, which I would hold RMP accountable for.  That is unacceptable.  There needs to be a way that her job is free of any consequences for communication, so that we can continue our friendship as we choose.

Kate

**EXHIBIT C**



**EXHIBIT C**

# Aurora Public Schools Online Application

Drakewyck, Kate

Date Submitted: 5/29/2022

## Personal Data

**Name:**

|  | Kate | | Drakewyck |
|---|---|---|---|
| (Title) | (First) | (Middle Name) | (Last) |

Other name(s) under which transcripts, certificates, and former applications may be listed:

**Other:**

| Miss | Kate | | Bulmer |
|---|---|---|---|
| (Title) | (First) | (Middle Name) | (Last) |

**Email Address:**    bdrakewyck@yahoo.com

## Postal Address

| **Permanent Address** | | **Present Address** |
|---|---|---|
| Number & Street: | 9620 W 16th Ave | Number & Street: |
| Apt. Number: | #20 | Apt. Number: |
| City: | Lakewood | City: |
| State/Province: | CO | State/Province: |
| Zip/Postal Code: | 80215 | Zip/Postal Code: |
| Country: | United States of America | Country: |
| Daytime Phone: | (720) 2327287 | Phone Number: |
| Home/Cell Phone: | () | |

## Employment Desired

### Open Vacancy Desired:

| | | Date Last Submitted | Experience in Similar Positions |
|---|---|---|---|
| JobID: 21363 | **Licensed - Elementary Teacher (Grade K-3):** (2022-2023) First Grade Teacher at Park Lane Elementary School | 5/21/2022 | 3 years |
| JobID: 22164 | **Licensed - Elementary Teacher (Grade K-3):** (2022-23) Third Grade Teacher at Kenton Elementary School | 5/29/2022 | 3 years |
| JobID: 20942 | **Licensed - Elementary Teacher (Grade K-3):** 22-23 Teacher, Elementary K-3 Pool at District Wide | 5/29/2022 | 3 years |
| JobID: 21909 | **Licensed - Elementary Teacher (Grade K-3):** 22-23 Third Grade Teacher at Paris Elementary School | 5/29/2022 | 3 years |
| JobID: 22052 | **Licensed - Elementary Teacher (Grade K-3):** Kindergarten Teacher at Altura Elementary School | 5/14/2022 | 3 years |
| JobID: 21277 | **Licensed - Elementary Teacher (Grade K-3):** Kindergarten Teacher at Altura Elementary School | 4/23/2022 | 1 years |
| JobID: 22276 | **Licensed - Elementary Teacher (Grade K-3):** Third Grade Teacher at Fulton Academy of Excellence | 5/29/2022 | years |

**EXHIBIT C**

## Aurora Public Schools Online Application

Drakewyck, Kate                                                                Date Submitted: 5/29/2022

## Education

Please tell us about your educational background beginning with the most recent.

### Colleges, Universities and Technical Schools Attended:

| Name and location | Dates Attended: From - To | Major area of study | Degree | Date Conferred or Expected | Graduated |
|---|---|---|---|---|---|
| CO - University of Colorado, Denver | 08/2014 06/2017 | Elementary Education | BA in Elementary Education | 05/2017 | |
| CO - University of Colorado, Denver | 08/2016 08/2019 | CLDE | MA in CLDE | 08/2019 | |

## Licensure - Teacher

\* Type of license currently held:                                                          Initial

\* Endorsement or Content Area: (For those interested in School Nurse positions, please       Elementary and ECE
understand that the Nursing endorsement is for those endorsed to TEACH nursing while the
School Nurse endorsement is for those endorsed to BE school nurses.)

\* Is this license issued by the Colorado Department of Education (or will it be)?            Yes

If no, then issued by what state?

Expiration Date:

Are you applying as part of the following programs

Aurora Public Schools (APS) participates in the Two Year Alternative Licensure Program through Metropolitan State University of Denver. Additionally, the ASPIRE To Teach Program through the University of Colorado, provides a one year non-degree certificate program.

**EXHIBIT C**

## Aurora Public Schools Online Application

Drakewyck, Kate

Date Submitted: 5/29/2022

## Experience

Please list ALL relevant work experience
beginning with the most recent.

| Current or Most Recent Position | | Employer Contact Information | | Supervisor | |
|---|---|---|---|---|---|
| SalsaRat Art<br>Artist | | 9620 W 16th Ave<br>Lakewood, -- 80215<br>7202327287 | | | |
| **Date From - Date To:** | 01/2003 - 04/2022 | **Full or Part Time:** | Full | **Last Annual Salary:** | |
| **Reason for Leaving:** | I haven't. I create art to sell and turned it into an actual store about 3.5 years ago. | | | | |

| Previous Position Held | | Employer Contact Information | | Supervisor | |
|---|---|---|---|---|---|
| Rocky Mountain Prep<br>Reading Intervention | | 10455 E 25 Avenue<br>Aurora, CO 80010<br>720.863.8922 | | | |
| **Date From - Date To:** | 08/2021 - 04/2022 | **Full or Part Time:** | Full | **Last Annual Salary:** | |
| **Reason for Leaving:** | Still employed | | | | |

| Previous Position Held | | Employer Contact Information | | Supervisor | |
|---|---|---|---|---|---|
| Denver Public Schools<br>Long and Short Term Substitute | | 1860 Lincoln Street<br>Denver, CO 80203<br>7204233200 | | Corey<br>7202327287<br>BDRAKEWYCK@YAHOO.COM | |
| **Date From - Date To:** | 10/2019 - 04/2021 | **Full or Part Time:** | Sub | **Last Annual Salary:** | |
| **Reason for Leaving:** | Looking for a permenant teaching position | | | | |

| Previous Position Held | | Employer Contact Information | | Supervisor | |
|---|---|---|---|---|---|
| Denver Public Schools<br>Paraprofessional | | 1860 Lincoln Street<br>Denver, CO 80203<br>7204233200 | | | |
| **Date From - Date To:** | 08/2018 - 10/2019 | **Full or Part Time:** | Full | **Last Annual Salary:** | |
| **Reason for Leaving:** | | | | | |

| Previous Position Held | | Employer Contact Information | | Supervisor | |
|---|---|---|---|---|---|
| Ross<br>Associate | | 4262 Wadsworth Blvd<br>Wheat Ridge, CO 80033<br>(303) 422-1301 | | Chelsea<br>7202327287<br>BDRAKEWYCK@YAHOO.COM | |
| **Date From - Date To:** | 06/2017 - 07/2017 | **Full or Part Time:** | Part | **Last Annual Salary:** | |
| **Reason for Leaving:** | Meant as a summer job. | | | | |

**EXHIBIT C**

## Aurora Public Schools Online Application

Drakewyck, Kate                                                    Date Submitted: 5/29/2022

## Experience Continued

| Previous Position Held | Employer Contact Information | Supervisor |
|---|---|---|
| Denver Public Schools<br>STR Kindergarten Intern | 1860 Lincoln Street<br>Denver, CO 80203<br>7204233200 | Amy |

| Date From - Date To: | 08/2016 - 05/2017 | Full or Part Time: | Full | Last Annual Salary: | |
|---|---|---|---|---|---|
| Reason for Leaving: | I completed the internship. | | | | |

| Previous Position Held | Employer Contact Information | Supervisor |
|---|---|---|
| Walmart<br>Personal Shopper | Address unknow, closed warehouse<br>Denver, CO 80238<br>1 (800) 925-6278 | |

| Date From - Date To: | 01/2016 - 07/2016 | Full or Part Time: | Full | Last Annual Salary: | |
|---|---|---|---|---|---|
| Reason for Leaving: | I was hired to work until my internship started. | | | | |

| Previous Position Held | Employer Contact Information | Supervisor |
|---|---|---|
| Red Rocks Community College<br>Before and After School Director | 13300 W 6th Ave Frontage Rd<br>Lakewood, CO 80228<br>3039146600 | 7202327287<br>BDRAKEWYCK@YAHOO.COM |

| Date From - Date To: | 08/2015 - 12/2015 | Full or Part Time: | Full | Last Annual Salary: | |
|---|---|---|---|---|---|
| Reason for Leaving: | I needed more flexibility for classes. | | | | |

| Previous Position Held | Employer Contact Information | Supervisor |
|---|---|---|
| Denver Public Schools<br>ECE Paraproffessional | 1860 Lincoln Street<br>Denver, CO 80203<br>7204233200 | Tracy |

| Date From - Date To: | 08/2014 - 08/2015 | Full or Part Time: | Full | Last Annual Salary: | |
|---|---|---|---|---|---|
| Reason for Leaving: | Needed more flexibility for classes. | | | | |

## Language Information

* Please rate your skills in English:                                    Fluent

Skill in language other than English:

Level Fluency in language other than English:

**EXHIBIT C**

# Aurora Public Schools Online Application

Drakewyck, Kate                                                    Date Submitted: 5/29/2022

## Professional References

|  | Reference 1 of 3 | Reference 2 of 3 |
|---|---|---|
| **Name:** | Courtney Schoonover | Sarafina Feldman |
| **School/Org:** | Rocky Mountain Prep | Rocky Mountain Prep |
| **Phone Number** | 9542581855 | 9362056929 |
| **Alternate Phone Number** |  |  |
| **Email:** | cschoonover@rockymountainprep.org | sfeldman@rockymountainprep.org |
| **Relationship to Candidate:** | Supervisor/co teacher | co worker |

|  | Reference 3 of 3 |  |
|---|---|---|
| **Name:** | Angelica Andazola |  |
| **School/Org:** | Rocky Mountain Prep |  |
| **Phone Number** | 720.863.8922 |  |
| **Alternate Phone Number** |  |  |
| **Email:** | aandazola@rockymountainprep.org |  |
| **Relationship to Candidate:** | co worker |  |

## Referrals

**How did you hear about employment with us?**

APS Web Site                    Other: I was looking around for school districts near me

## Legal Information

**PLEASE READ BEFORE COMPLETING THE FOLLOWING SECTIONS**

The following legal questions and background check information allow us as a school district to determine your eligibility for employment in a position where you may have contact with children. It is important that you answer the following questions honestly and completely. Background checks are performed on all applicants for employment with the Aurora Public Schools and will reveal any and all instances in which you may have been arrested, summoned, charged or convicted for minor (such as underage drinking, shoplifting, simple assault, motor vehicle violations, etc.) and major offenses, both locally and nationally.

Your fingerprints will be used to check the criminal records of the FBI and CBI. If these types of things have occurred in your past and you deny knowledge of such occurrences by answering "No" to the applicable question(s), you may be disqualified from employment with the Aurora Public Schools for at least one year. If you have had instances in the past which would require a good faith answer of "Yes" to any of the following questions, this will not bar you from employment consideration; each case is judged individually and many offenses, particularly minor ones, may not prevent you from being employed by the Aurora Public Schools. After the Aurora Public Schools receives your criminal history reports from the FBI and CBI, you have the option to complete or challenge the accuracy of the information contained therein. If you choose to complete or challenge the FBI and/or CBI report, you will be given a reasonable amount of time to do so. The procedures for obtaining a change, correction, or update of an FBI record are set forth in Title 28, Code of Federal Regulations (CFR), Section 16.30-16.34, a copy of which can be obtained from the Division of Human Resources.

\* 1. Have you ever been convicted of committing a felony, misdemeanor, petty offense or criminal municipal ordinance violation including deferred sentences (other than a misdemeanor traffic offense or traffic infraction)?                    No

**EXHIBIT C**

## Aurora Public Schools Online Application

Drakewyck, Kate                                                    Date Submitted: 5/29/2022

### Legal Information continued

\* 2. Are criminal charges, felony, misdemeanor or petty (other than minor traffic violations), currently pending against you?                                    No

\* 3. Have you ever been dismissed or discharged, or have you resigned in order to avoid discipline or discharge by any employer?                                Yes

\* 4. Have you ever been charged with any offense involving the sexual molestation, physical or sexual abuse, or rape of a child?                                No

\* 5. Have you ever been disciplined in a position with a former employer because you engaged in sexual harrassment or sexual discrimination against a fellow worker, an employee, or a student?                                    No

If you answered yes to any of the above questions, please explain the circumstances in the space provided. Please include the nature of the charge, the court, the date and the disposition of the case.
PLEASE NOTE: A conviction, plea, deferred sentence or charge is NOT an automatic bar to employment - each case will be considered on its own merits. Please limit your text to 500 characters.

A misunderstanding with a coworker

Please use the space below to explain any gaps in employment, to include additional employment information you feel is necessary or for any additional information you would like us to have. Please limit your text to 500 characters:

My mom was sick and I took time to care for her.

\* Please enter your Social Security Number needed for background and licensure checks:    523392362
\* Are you legally authorized to work in the United States?                        Yes

### Applicant's Acknowledgment and Agreement

PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY BEFORE INITIALING AND ENTERING YOUR NAME AS ACKNOWLEDGMENT, RELEASE AND AUTHORIZATION
I acknowledge that interviewed applicants will be subjected to a thorough criminal background check. Those hired will also be fingerprinted by the Aurora Public Schools and subjected to a Colorado Bureau of Investigation criminal background check. Fingerprint processing charges will be deducted from the new employee's first paycheck. I authorize the Aurora Public Schools to obtain a criminal background report on me from a consumer reporting agency (a business that supplies such information to employers).

**Please initial here as an acknowledgment, release and authorization for this statement:**
\* Acknowledgement 1                                    KD

I authorize the references listed, as well as other individuals the District contacts (including current and former employers, law enforcement agencies, administrators, state agencies, institutions or private information bureaus) that have record or knowledge of my work history, motor vehicle operation history, or criminal history, to provide the District any and all such information concerning my previous or current employment and any other pertinent information. Further, I release all parties and persons from any and all liability for any damages that may result from furnishing such information to the District as well as from the use or disclosure of such information by the District or any of its agents, employees or representatives. I further understand the District may require a physical examination after an offer of employment is made, the offer to be conditional on passing the physical.

**Please initial here as an acknowledgment, release and authorization for this statement:**

**EXHIBIT C**

## Aurora Public Schools Online Application

Drakewyck, Kate

Date Submitted: 5/29/2022

### Applicant's Acknowledgment and Agreement continued

\* Acknowledgement 2

KD

I hereby certify the information contained in this application to be true and correct to the best of my knowledge and agree to have any of the statements checked by the School District unless I indicate otherwise. I further certify that this application was completed by me as the applicant and that it was not completed by any other person, agency, or third party.

I understand any misrepresentation, falsification, exaggeration or material omission of information on this application, in my resume, or during the interview process may result in my failure to receive an offer of employment, or if I am hired, may result in my employment being rendered void, or may be grounds for termination even if my performance has been otherwise satisfactory.

**Please initial here as an acknowledgment, release and authorization for this statement:**
\* Acknowledgement 3

KD

PLEASE NOTE: If you are hired, you will be required to sign a written copy of this statement. Thanks!

**Acknowledge and certify above statements by entering your name here:**
\* Acknowledgement 4

Kate Drakewyck

### Equal Opportunity Employer

NOTICE OF NONDISCRIMINATION The Aurora Public Schools is committed to the policy that all persons shall have equal access to its programs, facilities, and employment and does not discriminate on the basis of race, age, color, creed, national origin, sexual orientation (which includes transgender), conditions related to pregnancy or childbirth, disability, religion, ancestry, sex or need for special education services, or genetic information for employment and provides equal access to the Boy Scouts and other designated youth groups. Career and technical education opportunities will be offered without regard to these protected classes. In adhering to this policy, the Aurora Public Schools abides by Title IX of the Education Amendments of 1972, the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act and Titles VI and VII of the Civil Rights Act of 1964. Questions, complaints or requests for additional information regarding these laws or issues concerning discrimination (including information about how to file a grievance if you believe you are the victim of discrimination) should be directed to the compliance officer for these issues, Megan Lonergan, Staff Attorney, 15701 E 1St Ave, Aurora, CO 80011, phone: (303) 344-8060, malonergan@aurorak12.org or designee.

### Accommodations for Employees with Disabilities

Aurora Public Schools complies with federal and state disability laws and makes reasonable accommodations for applicants and employees with disabilities. If reasonable accommodation is needed to participate in the job application or interview process, to perform essential job functions, and/or to receive other benefits and privileges of employment, please contact: Megan Lonergan, Staff Attorney, phone: 303-365-7800 x28771, email: malonergan@aurorak12.org

### Additional Legal

Other names by which you are or have been known: for example: maiden names, previous names, aliases. Enter "none" if this does not apply.

Kate Drakewyck Bulmer, Buffy Alwyn Drakewyck, Ashley Virginia Wightman, Ashley Virginia Buehler

\* Date of Birth:

01/21/1983

--------------------

**EXHIBIT C**

# Aurora Public Schools Online Application

Drakewyck, Kate

Date Submitted: 5/29/2022

## Additional Legal continued

Have you ever worked for APS?

If yes, please list previous position(s) held and dates of employment:

List all cities, counties, countries and states in which you have lived in the past seven years, most recent first.

**Most recent:**
* **Dates Resided (from-to)**
* **City**
* **County**
* **State**

01/18-current
Littleton
Jefferson
CO

**Previous:**
Dates Resided (from-to)
City
County
State

03/08-01/19
Wheat Ridge
Jefferson
CO

**Previous:**
Dates Resided (from-to)
City
County
State

**Previous:**
Dates Resided (from-to)
City
County
State

If you have additional addresses to enter provide that information here
Include: Dates Resided (From-To), City, County, State

Required Disclosure Under The Fair Credit Reporting Act
Please read the following statement before submitting your application. Thank you.
Applicants for employment with the Aurora Public School District have rights under
the Fair Credit Reporting Act. Under this law, the District may get a report from a
consumer reporting agency on you when: considering your application for employment,
deciding whether to offer you employment, deciding whether to continue your
employment (if you are hired) or making other employment decisions directly
affecting you. If any of the information from a report is used, in whole or in part, in
making an adverse decision with regard to your employment, before making the
adverse decision, we will provide you with a copy of the consumer report and a
summary of your rights under the Fair Credit Reporting Act.

**EXHIBIT C**

## Aurora Public Schools Online Application

Drakewyck, Kate

Date Submitted: 5/29/2022

### Additional Legal continued

By entering your full name in the space below, you hereby authorize the Aurora Public
School District to obtain a consumer report:

### Disclosures

**Contract Status**
* Are you currently under contract?                                              No

If Yes, which district?

If Yes, when does it expire?

When may your present employer be contacted?

Are you expecting renewal of your contract with another school district for the upcoming
year?

If "No," choose reason for non-renewal:

**Professional Status**
* Have you ever had a teaching certificate or teaching license revoked or suspended?     No

If Yes, explain:

**EXHIBIT C**



**EXHIBIT C**



Teacher Art Application For Kate Drakewyck

Kate Drakewyck

kdrakewyck@yahoo.com

Home
(720)232-7287

**Employment History**

**Lead Teacher-Reading Intervention**
Rocky Mountain Prep
August 2021 - Present ( 1 year )

**Term Substitute Teacher**
Denver Public Schools
January 2019 - January 2021 ( 2 years )

**Paraprofessional**
Denver Public Schools
January 2018 - January 2019 ( 1 year )

**Internship**
Denver Public Schools
January 2016 - January 2017 ( 1 year )

**Education**

**Master of Arts**
Culturally and Linguistically Diverse Education
University of Colorado

**Bachelor of Arts**
Elementary Education
University of Colorado Denver

**Attachments**

Teacher Resume-Kate-MA 2.docx
Type: Resume
Uploaded: 3/25/2022
View

Teaching License-Art.pdf
Type: Teaching License
Uploaded: 5/7/2022
View

**Profile Questions**

No

**Have you ever had any indicated finding of child abuse filed in your name? If yes, please explain and provide dates.**
No

**Have you ever failed to be rehired, been asked to resign a position, resigned to avoid termination, or terminated from employment? If yes, please explain and provide dates.**
Yes, 2021-wrongful termination. I complained about another teacher bullying me and stalking me and they fired me. Currently disputing

**EXHIBIT C**



**EXHIBIT C**

~48,500 annual salary for 21-22 school year

24,333.09 earned in 2022

21,152.97 earned in 2021

Total: $45,486.06

   -~ $2,700Second role in tutoring (mid November to mid April, 4.5 paid months, ~$600 each month)

   -$200 Christmas Bonus

   -$1000 Incentive Bonus

Total toward wages of main role: $41,586.06

~48,500-$41,586.06=$6,913.94 still owed between June 2022 and July 2022 paychecks, if year completed as normal

   - $694.80 no pay on June 8-10 after termination

   +238.83 PTO balance, which is added to final paycheck

Total still owed to me for time worked: $6,457.97

**EXHIBIT C**



ROCKY MOUNTAIN PREP

February 7, 2022

Rocky Mountain Prep
600 N Grant Street, Suite 700
Denver, CO 80203

Dear Peter Danielson,

In addition to the year-end bonus, we'd like to celebrate the results in your classroom and encourage you to join us back at Rocky Mountain prep for the 2022 - 2023 school year.

Refer to the table below to see what bonuses you are eligible to receive based on current data.

| Goal | Amount | Bonus Eligibility |
|------|--------|-------------------|
| Big 5 Academic Goal | $10,000 | N |
| Persistence goal | $1,000 | Y |
| Attendance goal | $1,000 | Y |

You will receive a grand total of $2,000, half of which will be distributed on February 11, 2022, while the remaining half will be distributed on September 25, 2022. Please note you must return to teach at Rocky Mountain Prep for the 2022-2023 school year to receive the second part of this bonus pay out.

Thank you for the incredible work you do each day to ensure every RMP student can realize their full potential.

Con Ganas,

Tricia Noyola

Tricia Noyola, CEO

**EXHIBIT C**

## Fw: Shorted paycheck

From:    B Drakewyck (bdrakewyck@yahoo.com)

To:      tnoyola@rockymountainprep.org; treynolds@rmp.org; msmith@rockymountainprep.org; hr@rockymountainprep.org

Date:    Friday, June 24, 2022 at 06:34 AM MDT

I've looked at pay and realized I also need to remove money earned from tutoring, so I estimate you owe me at least $6,500 for the year pay, minus the 3 days for termination, plus the one day of PTO. And I need to have the updated pay stub and full payment of what is owed to me for what I've worked in agreement to the contract for last year by Monday at 7:00am, not close of business day.

----- Forwarded Message -----
**From:** B Drakewyck <bdrakewyck@yahoo.com>
**To:** hr@rockymountainprep.org <hr@rockymountainprep.org>
**Sent:** Friday, June 24, 2022 at 06:07:35 AM MDT
**Subject:** Fw: Shorted paycheck

----- Forwarded Message -----
**From:** B Drakewyck <bdrakewyck@yahoo.com>
**To:** treynolds@rmp.org <treynolds@rmp.org>; tnoyola@rockymountainprep.org <tnoyola@rockymountainprep.org>; Mahala Smith <msmith@rockymountainprep.org>
**Sent:** Friday, June 24, 2022 at 05:25:48 AM MDT
**Subject:** Fw: Shorted paycheck

I also had a day of PTO owed to me.

----- Forwarded Message -----
**From:** B Drakewyck <bdrakewyck@yahoo.com>
**To:** treynolds@rmp.org <treynolds@rmp.org>; tnoyola@rockymountainprep.org <tnoyola@rockymountainprep.org>; Mahala Smith <msmith@rockymountainprep.org>
**Sent:** Friday, June 24, 2022 at 04:31:22 AM MDT
**Subject:** Shorted paycheck

Good morning,

According to the termination letter, you stated that I would receive my final paycheck. According to Juli, days before termination, there was a paycheck going out at the end of June and a final paycheck issued in July for the distributed balance through the rest of the year. Taking out the three days that the termination letter said I would lose, I should be getting about $3,000 for one month and $2500 on the other month, probably more, since benefits wouldn't be taken out for the last month, but am only seeing a paycheck for $961.33, stating that I'm only being paid for 40 hours. That needs to be corrected immediately and does need to be paid by Monday, close of day.

Kate

**EXHIBIT C**

## Re: Complaint

From:   Amelia Meunier (aameunier@aurorak12.org)

To:     bdrakewyck@yahoo.com

Cc:     jgarciavicente@rockymountainprep.org

Date:   Monday, June 27, 2022 at 10:41 AM MDT

Kate,
Here is the link to the parent and family handbook, you would follow the same grievance process outlined in the handbook, you could go to public comment at a board meeting or follow the process that you are already doing with the EEOC. Although APS authorizes RMP they have their own governing board and all HR matters are handled through RMP and not through APS.

Thanks,
Amelia

> On Mon, Jun 27, 2022 at 10:23 AM B Drakewyck <bdrakewyck@yahoo.com> wrote:
>
> RMP is refusing to return contact on both the wrongful termination and the shorted pay, so they won't respond at all. I've got the EEOC call tomorrow, the civil wrongful termination complaint and the shorted pay lawsuits ready once I do it, have made a reasonable offer for them to rectify the complaint. CSI says your in charge of this RMP branch, you say RMP, who won't respond, which means I have can't file the grievance like I need to. I have also tried the CEO and HR. Who should I be speaking to?
>
> On Monday, June 27, 2022 at 10:16:53 AM MDT, Amelia Meunier <aameunier@aurorak12.org> wrote:
>
> Hello Kate,
> APS communication has received your complaints regarding Rocky Mountain Prep. Because this is a charter school they are responsible for Human Relations complaints and payroll. You will need to work through RMP regarding your concerns. I have CC'd the school leader on this email so she is aware that you will be working through these concerns with RMP.
>
> Best,
> Amelia
>
> --
> Director, Charter Schools
> Aurora Public Schools | Office of Autonomous Schools, SW 212
> Mobile 720.520.5650| aameunier@aurorak12.org
> http://innovation.aurorak12.org/charters/
> 303.340.0861 ext. 28320

--
Director, Charter Schools
Aurora Public Schools | Office of Autonomous Schools, SW 212
Mobile 720.520.5650| aameunier@aurorak12.org
http://innovation.aurorak12.org/charters/
303.340.0861 ext. 28320

EXHIBIT C

| Lockdown | If there is a potential intruder inside the building, scholars and staff are moved to secured, locked locations inside the school building while the proper authorities are notified. Drills are practiced every semester. | After contacting authorities, school leaders will send a text blast home immediately, followed by a more detailed letter home. |
|---|---|---|

## Mandatory Reporting

All school personnel are mandatory reporters and are required by law to report child abuse or neglect if they reasonably suspect abuse or neglect is occurring. A report is not a conclusion about anyone's behavior. It initiates an inquiry to determine if concerning behavior has, in fact, occurred. All RMP staff are required to complete Mandatory Reporter training every year. To report child abuse or neglect, contact the Colorado Child Abuse and Neglect Hotline at 844-264-5437.

## Grievance Policy

The Rocky Mountain Prep Board has defined a clear process for any complaint, grievance or concern by a parent or guardian of an enrolled RMP student. The following is a summary of the grievance policy. Please request a copy of board bylaws for the full policy and process.

**Step 1 - Raise the concern:** Any parent/guardian of an enrolled RMP student should first raise and attempt to resolve the issue with the person who is the subject or source of the dispute.

- Disputes about classroom or related practices should first be raised with teacher(s) / staff,
- Disputes about general practices or administrative actions at the school level should first be raised with the Assistant Principal, the Principal, and then the principal's manager
- Disputes about network central office practices should first be raised with the staff involved
- Disputes related to general practices of the central office should go to the CEO

**Step 2 - Initiate a grievance:** If an issue or dispute is not resolved at Step 1, the parent/guardian may put such grievance in writing, submitting it to the next highest level in the RMP administrative chain of command. For example, a dispute first raised with a teacher must be filed at Step 2 with the Assistant Principal or Principal, and a dispute first raised with central office staff must be filed at Step 2 with the CEO. The written grievance must address the following questions:

1. What is the issue and what step have been taken to resolve it?
2. Is there a person your grievance is against? If so, who?
3. Are there any relevant witnesses? If so, who?
4. What would you like to see changed as a result of raising the grievance?

**EXHIBIT C**

**Step 3 - CEO Review:** In the event the parent/guardian who wrote a building-level grievance is not satisfied with the resolution presented by the Principal and thereafter wishes to initiate a further review, he or she must, within 14 business days of the Principal's decision, ask for review by CEO.

**EXHIBIT C**

Yahoo Mail - Re: Letter from Rocky Mountain Prep                    https://mail.yahoo.com/d/folders/32/messages/AAhFagFYyeo7Ys...

## Re: Letter from Rocky Mountain Prep

From:  Tim Farmer (tim@millerfarmerlaw.com)

To:     bdrakewyck@yahoo.com

Date:  Wednesday, July 6, 2022 at 08:50 PM MDT

Thank you Ms. Drakewyck, I am in receipt of your response and I will discuss with my client,

Tim

On Wed, Jul 6, 2022 at 3:13 PM B Drakewyck <bdrakewyck@yahoo.com> wrote:

I have removed the logos from the social media accounts.

I will no longer send emails to employee's email addresses, so as not to interact with them on electronic "school grounds" but the choice to interact with the social media accounts is their own.  I have already spoken to a lawyer and the Aurora Police.  RMP can't make an over arching demand for me to stop all communication with people who still work for the district, as much as they clearly want to. No one has individually asked me to stop communicating with them or had contact from me in a couple of weeks, so there is no harassment occurring.

It would help a great deal if you advised your client that Aurora PS has made me aware of the grievance process, which they are refusing to allow me to do and that they owe me about $6500 on my last paycheck.  A lawsuit has been filed in that regard, but it will cost them less (especially considering I'm facing eviction due to not getting paid and will escalate to a district case for everything I lost should that occur), if they just pay me. Please see attached figures. I will continue to email this information to HR personnel and the CEO as advised by both the police and lawyer, that it is an employment issue and I legally have a right to continue to reach out if what they owe me has not been paid.

I have also finished my EEOC phone interview and submitted for the right to suit.  The documentation is ready, the second that comes through.  Should I have that served to you, now that you've reached out?  Honestly it's easy, I can show everything and the fact that RMP continues to jerk me around.  It is very simple, I will drop the EEOC claim and take down all feedback and social media on the conditions:

**If they reach out within enough time and we can sign an agreement/contract for the art role, termination removed, and being able to come back into a safe/supported working environment, with my start day on July 25, 2022, with the rest of the staff, with a guarantee that if the role remains open in following years, that I will be given a continuing offer or, if they take away the second role, that I be allowed to apply for others without discrimination, plus agree that I receive lost wages from the end of the year, money they cost me in rent fees for not paying what was owed on time, summer school, and still qualify for the bonus, and fully pay my last paycheck, and provide a third party councilor to help rebuild staff/friend relationships that were damaged due to their behavior.**

Thank you,
Kate Drakewyck

On Wednesday, July 6, 2022 at 01:06:35 PM MDT, Tim Farmer <tim@millerfarmerlaw.com> wrote:

Ms. Drakewyck,

**EXHIBIT C**

Please review the attached,

Thank you,

--



**Miller Farmer Law**

**Tim Farmer**
Partner

**Mobile** 303-810-1601
**Email** tim@millerfarmerlaw.com
**Website** http://www.millerfarmerlaw.com

--



**Miller Farmer Law**

**Tim Farmer**
Partner

**Mobile** 303-810-1601
**Email** tim@millerfarmerlaw.com
**Website** http://www.millerfarmerlaw.com

**EXHIBIT C**

Re: Rocky Mountain Prep: Flex Teacher offer for RMP Fletcher!

From:  Lela Payne (lpayne@rockymountainprep.org)

To:       bdrakewyck@yahoo.com

Date:  Tuesday, August 10, 2021 at 09:52 AM MDT

Hi Kate!

Yes, we can change your start date to Monday, August 16th to give you time to put your notice in.  I will notify our HR team to revise your offer letter to reflect the new start date.

The offer letter is a year contract, every staff member at RMP is on a year contract basis.  We will have staff intent to return conversations in late November - early December of this year to discuss how people are feeling about the 2022-2023 school year.  If you meet all the performance benchmarks and would like to return, we will send out contracts in February.  You will be on contract regardless if your role switches from a Flex teacher to a homeroom teacher.

If you would like to have a different grade level for the 22-23 school year, we are happy to make that change when the time comes.

Thanks again for your flexibility throughout this process.   I will be supporting schools today so I'll be slow to respond by email, but feel free to call or text me at 573.837.9090 if you have any questions.

Best,

On Mon, Aug 9, 2021 at 6:43 PM B Drakewyck <bdrakewyck@yahoo.com> wrote:

Thank you!

I did have two questions:

1. Would it be possible to complete the week with the job that I've been working at, making my start date 8/16, if the school finds that acceptable?  They're short handed and dealing with ECE graduation switch over and no notice will an extra mess.  I can get quite a bit done to help that this week, if they that time frame is better.

2.  Is the offer for one year only or would it be for longer, also depending on if another role were to open up?

I wanted to clarify that before signing.

Thank you,
Kate

On Monday, August 9, 2021, 3:26:11 PM MDT, Lela Payne <lpayne@rockymountainprep.org> wrote:

Hi Kate,

I really appreciate your flexibility, patience and understanding throughout your entire interview process!

We are pleased to offer you a Flex Teacher position at our RMP Fletcher campus! The role will consist of a combination of the following: conducting small groups, proctoring testing (assessments), co-teaching or subbing and could be for any grade level Prek - 5th grade. **If a mid-year position becomes available within our network, you would move from Fletcher to fill that need. ie - if we have a 3rd grade teaching**

**EXHIBIT C**

Yahoo Mail - Re: Rocky Mountain Prep: Flex Teacher offer for RMP ...          https://mail.yahoo.com/d/search/keyword=rockymountainprep.org/m...

**position open at our Creekside campus, then we would place you at Creekside in that 3rd grade classroom for the remainder of the year.**

We are drafting your offer letter and will have it sent to you shortly.

Reach out if you have any additional questions.

Thanks!
Lela


--

Lela Payne • Director of Staffing
Rocky Mountain Prep Network Support Team
lpayne@rockymountainprep.org • 720.710.6295
My pronouns: she/her/hers

8/31/2022, 11:30 AM

**EXHIBIT C**



Public Service Company of Colorado d/b/a Xcel Energy
P.O. Box 840
Denver, CO 80201
1-800-895-4999  TDD 1-800-895-4949

SRC01-1-1

AB 01 001716 26642 H 5 A
ıⅡ·ıⅡⅰⅡ·ⅠⅡⅰⅡⅰⅡⅰⅡⅠ·ⅠⅡⅠ·ⅠⅡⅠⅡⅠⅡⅰⅡⅰ·ⅠⅡⅰⅡⅠ·ⅠⅡⅠ·Ⅰ·ⅠⅡⅰ
KATE B DRAKEWYCK
9620 W 16TH AVE APT 20
LAKEWOOD, CO 80215-2954

August 19, 2022

Service Address:    9620 W 16th Ave Apt 20
                    Lakewood, CO 80215-2954
Account Number:     53-0012092950-7

Dear Kate B Drakewyck:

A payment in the amount of $268.85, issued toward the balance on your account, was returned to Xcel Energy.

The payment amount has been removed from your Xcel Energy account.  If applicable, a service charge not to exceed $15.00 may be applied to your Xcel Energy account, as allowed by law.

Payment of $283.85 is now due, and may include any past due amount, along with any applicable service charges. If multiple returned payments have occurred within the past twelve months, your account may require payment via credit card, debit card, cash or money order.

If you have issued this payment to either stop the disconnection of service for non-payment or for reconnection after services have been disconnected for non-payment, your service may be disconnected unless payment is received.

Please contact Xcel Energy via one of the following three methods to remedy your account; we appreciate your prompt attention to this matter.
- Make payment and review account status online through the My Account feature at xcelenergy.com.
- Make payment and review account status through the automated system by calling 1-800-895-4999.
- Contact a Customer Service Representative to make payment and/or discuss account status at 1-800-895-4999.

Sincerely,

Xcel Energy

**EXHIBIT C**

RE: Renewal Request

From:   Eagle Crest Manager (ecrmgr@amcllc.net)

To:      bdrakewyck@yahoo.com

Cc:      prigri@lakewoodco.org

Date:   Monday, September 12, 2022 at 03:28 PM MDT

Hi Kate,

We didn't say we were waiving any fees or rest of the balance, we said that we would accept the amount they could pay. We're supposed to only take the full amount when it's past due.

We will go ahead and get your renewal documents sent over but you will still owe the balance due of $150.

Thanks,

**Shawn K. LaBare | Property Manager**

9699 W. 16th Avenue | Lakewood, CO 80215
P. 720.746.9960 | E. ecrmgr@amcllc.net | W. http://eaglecrestapts.net

**From:** B Drakewyck <bdrakewyck@yahoo.com>
**Sent:** Friday, September 9, 2022 12:50 PM
**To:** Eagle Crest Manager <ecrmgr@amcllc.net>
**Cc:** Princess Griffin <prigri@lakewoodco.org>
**Subject:** Re: Renewal Request

I was told by Princess that she had confirmed with you that everything had been paid and that once it was received I could sign the lease, that you were waiving the late fees and the rest of the balance was covered. Can I please get some clarification on this?

Thank you

Sent from Yahoo Mail for iPhone

On Friday, September 9, 2022, 12:28 PM, Eagle Crest Manager <ecrmgr@amcllc.net> wrote:

Hi Kate,

**EXHIBIT C**

Re: Shorted pay and job offer

From: Tim Farmer (tim@millerfarmerlaw.com)

To:      bdrakewyck@yahoo.com

Date:  Thursday, July 21, 2022 at 05:54 PM MDT

Good Evening Ms. Drakewyck,

I wanted to follow up to see if you plan to send over a counter proposal to our settlement offer.

Thank you,
Tim

On Thu, Jul 14, 2022 at 2:57 PM Tim Farmer <tim@millerfarmerlaw.com> wrote:

RMP disputes that you are owed any additional funds beyond what you've heretofore been paid, based on the at-will nature of your employment and the timing of your employment termination. RMP is prepared to defend against any claim to the contrary. RMP made you an offer of what you claim you are owed, so it is the number you came up with, as a way to try to resolve this dispute. If you are firm in your additional, non-monetary requests, RMP is not willing to agree and there is little negotiating left to do. If you are interested in a possible resolution, please feel free to send me a counter-offer for settlement. Otherwise, the School is prepared to successfully defend against your claims.

Thank you,
Tim

On Thu, Jul 14, 2022 at 1:50 PM B Drakewyck <bdrakewyck@yahoo.com> wrote:

$6500 is not a way to buy exchange for a release/dismissal, it is the money they owe me for time already worked and is no way a settlement. My offer is as stands.

On Thursday, July 14, 2022 at 01:34:25 PM MDT, Tim Farmer <tim@millerfarmerlaw.com> wrote:

Ms. Drakewyck,

After discussing this with my client, the School is prepared to meet your settlement request by paying you the $6,500 being requested in exchange for a settlement and release/dismissal of your claims from you. The School is not willing to re-hire you as part of this settlement request. If you are agreeable to accepting the $6,500 in exchange for a release/dismissal of your claims and agree to other standard terms of a release agreement let me know and I can draft that and provide that to you for review. If you are planning to be represented by counsel for this process please put me in contact with your attorney. If you would like to call me to discuss I can be reached directly at 303-810-1601.

Thank you,
Tim

On Wed, Jul 13, 2022 at 1:28 PM B Drakewyck <bdrakewyck@yahoo.com> wrote:

Good afternoon,

I'm asking that you speak to your client once again.  They ignored the demand for for Payment of Wages and I have filed a complaint with the Colorado Department of Labor and Employment, notified them of the lawsuit and once I've received notice of service, I'll be reaching out to the CEO, principal, and HR reps again, since nothing has been said about who I should be contacting, in regards to the mediation that is required per the courts.  I've already consulted with a lawyer and my insurance agent about how much damages we'll be holding RMP accountable for, should I be evicted due to their none

**EXHIBIT C**

payment, which will be considerable as it will mean my property, the value of my inventory as an artist, the loss of my family which also are emotional support animals supporting a diagnosed disability, and emotional harm that they have caused.

I've been amazed at the response I've been getting online through my accounts, each day I have more followers, more interactions, more PMs.  I can show that everything I'm saying is the truth: discrimination, wrongful termination, refusal to follow company procedure (and Juli lying to APS about finally allowing me to go forward with the grievance process), impacting my references and trying to isolate me, and theft of two paychecks.  Juli was a liability to RMP the second she started this in February.  She is now an extreme liability.  I brought her up at the Denver City Council meeting and Tricia's ongoing support and own refusal to follow company procedure.  And at Aurora City Council. I'll keep bringing it up, because if CSI and APS/DPS aren't regulating RMP, then someone should.  I will keep making sure that everyone knows of Juli's illegal behavior and theft, the fact that she is so unprofessional and petty that she is willing to stand by and let someone get evicted so that she can get payback.  That Tricia would rather just avoid it instead of stepping up as the CEO and doing some damage control in her house.  I've had people start to refer me to reporters and news outlets, I've already begun answering questions and providing proof of their behavior.  How bad does a charter school have to behave, how many laws do they have to break, before someone won't fund them?

The offer still stands, with one and half weeks remaining, if they reach out with enough time.  I will take down the social media accounts, feedback, and stop reaching out to the media (though, if city council moves forward, that will be a good reason for everyone to get their house in order) and not proceed with the right to suit from EEOC when it's issued:

**<u>-Fully pay my last paycheck immediately</u>**
**<u>-We sign an agreement/contract for the 2nd art role at Fletcher</u>**
**<u>-Termination removed</u>**
**<u>-Being able to come back into a safe/supported working environment (this means that the huge liability needs to be terminated, there is massive amounts of evidence to be able to terminate her immediately), with my start day on July 25, 2022, with the rest of the staff</u>**
**<u>-A guarantee that if the role remains open in following years, that I will be given a continuing offer or, if they take away the second role, that I be allowed to apply for others without discrimination (any termination or refusal to invite me back,after their behavior in the last month and a half will come across as retaliation)</u>**
**<u>-Agree that I receive lost wages from the end of the year, money they cost me in rent fees for not paying what was owed on time (about $100, but increases as the apartment complex files with their attorney, up to possibly being forced to move and the cost of that), summer school, and still qualify for the bonus that would be earned in September if I'm employed</u>**
**<u>-Provide a third party councilor to help rebuild staff/friend relationships that were damaged due to their behavior.</u>**

I do want the art role, for multiple reasons that benefit me.  I do expect to be paid, and CO isn't fond of employers that refuse to pay and I can show that it's part of retaliation.  The fact is, paying me immediately and providing me the art role is in the best interest of RMP.  It will save them considerable amounts of money as well as time dealing with any media or government queries about their practices and Tricia and Juli's fitness to be in the role based on their very provable illegal behavior.  As a lawyer, I would hope that you could recommend that making things right and being able to go forward without more and more people wanting to look into RMP would be the best for both sides.  CDLE could well tack on an increased %, plus $50 a day or if it's settled through the lawsuit, I would still be asking for that amount due to the illegal delay which is already at thousands of additional pay.  I'll be asking for the rest of the monetary amounts through Right to Suit through wrongful termination and then that will be on their records and I can prove everything I'm saying in those documents, which very clearly show that Juli blacklisted me and then amped it up to fire me, that she was in control of entering pay and

**EXHIBIT C**

Yahoo Mail - Re: Shorted pay and job offer                    https://mail.yahoo.com/d/folders/32/messages/AKgo0vE0vrFfYtnn...

then screwed me further. Plus with no money I can request a jury without a filing fee and I'm guessing they won't look kindly on any of this.

If I do not hear from you by noon tomorrow, I will begin reaching out to all parties again, based on the assumption that they are no longer retaining your services and I, as a former employee do have the legal right to reach out about legitimate employment matters, such as pay and a way to settle what is currently occurring, without it being harassment.

Thank you,
Kate Drakewyck

--



**Tim Farmer**
Partner

**Mobile** 303-810-1601
**Email** tim@millerfarmerlaw.com
**Website** http://www.millerfarmerlaw.com

--



**Tim Farmer**
Partner

**Mobile** 303-810-1601
**Email** tim@millerfarmerlaw.com
**Website** http://www.millerfarmerlaw.com

--



**Tim Farmer**
Partner

**Mobile** 303-810-1601
**Email** tim@millerfarmerlaw.com

7/25/2022, 10:43 PM